IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 00-30716
_____


CALVIN K. MILLER, Etc.; ET AL.,

                                                        Plaintiffs,

                        versus

DONALD U. TOATLEY; ET AL.,

                                                        Defendants,

DONALD U. TOATLEY,

                                                Defendant-Appellant,

                        versus

UNITED STATES OF AMERICA,

                                                Defendant-Appellee.

_____

Appeal from the United States District Court for the
Western District of Louisiana, Lake Charles
USDC No. 98-CV-373
_____

March 8, 2001

Before FARRIS,[*] JOLLY, and DAVIS, Circuit Judges.

PER CURIAM:[**]

        The judgment of the district court is AFFIRMED.  See 47.6.

_____

[*]Circuit Judge of the Ninth Circuit, sitting by designation.

[**]Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.